Kevin C. Danielson, Esquire, Office of the U.S. Attorney, Portland, OR, for Defendants–Appellees.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

MEMORANDUM **

Federal prisoner Larry Dale Johnson appeals pro se from the district court's summary judgment in his action arising from the Federal Bureau of Prisons's denial of his claim for compensation under the Inmate Accident Compensation Act ("IACA"), 18 U.S.C. § 4126, for injuries sustained during penal employment. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's grant of summary judgment. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Johnson failed to raise a genuine dispute of material fact as to whether his claim under the IACA was untimely, as Johnson filed it more than six months after he was released and he failed to demonstrate good cause for the delay. *See* 28 C.F.R. § 301.303(a), (f) (absent a demonstration of good cause, a claim un-

der the IACA must be filed no more than sixty days after the inmate's release); *see also Vander v. U.S. Dep't of Justice,* 268 F.3d 661, 663 (9th Cir.2001) (IACA is the exclusive remedy for prisoners injured during penal employment).

We do not consider matters not specifically and distinctly raised and argued in the opening brief, or issues raised for the first time on appeal. *See Padgett v. Wright,* 587 F.3d 983, 985 n. 2 (9th Cir. 2009) (per curiam).

**AFFIRMED.**

**Thomas Randall HARGROVE; Michael Steven Novak, Plaintiffs–Appellants,**

v.

**WASHINGTON STATE DEPART-MENT OF CORRECTIONS; et al., Defendants–Appellees.**

**Nos. 11–35470, 11–35518.**

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2012.*

Filed Nov. 27, 2012.

Thomas Randall Hargrove, pro se.

Michael Steven Novak, pro se.

Andrea Vingo, Assistant Attorney General, AGWA–Office of the Washington At-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes these cases are suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

torney General, Olympia, WA, for Defendants–Appellees.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

In these consolidated appeals, Washington state prisoners Thomas Randall Hargrove and Michael Steven Novak appeal pro se from the district court's judgment dismissing their 42 U.S.C. § 1983 action alleging First Amendment violations. We have jurisdiction under 28 U.S.C. § 1291. We review de novo the district court's dismissal for failure to exhaust. *O'Guinn v. Lovelock Corr. Ctr.*, 502 F.3d 1056, 1059 (9th Cir.2007). We may affirm on any ground supported by the record, *id.*, and we affirm.

Dismissal for failure to exhaust was proper because plaintiffs failed to demonstrate that they fully exhausted administrative remedies prior to filing suit. *See McKinney v. Carey*, 311 F.3d 1198, 1199–1200 (9th Cir.2002) (per curiam) (requiring dismissal without prejudice when there is no pre-suit exhaustion).

Plaintiffs' contention that the district court failed to conduct a de novo review is unavailing.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.